USCA1 Opinion

 

 United States Court of Appeals
 For the First Circuit
 ____________________

No. 97-2386

 UNITED STATES,
 Appellee,

 v.

 GEORGE SACKO,
 Defendant, Appellant.

 ____________________

 ERRATA SHEET

 The opinion of this Court issued on March 15, 1999, is amended
as follows:

 On page 7, line 17-18, "as described in the presentence
report" is to be deleted.

 On page 7, line 20-21, "Damon, 127 F.3d at 144-45 (holding
that it is error for a district court to rely on an offender's
uncontested presentencing report)." is to be deleted and replaced
with "Taylor, 495 U.S. at 600 (stating that "the language of 
 924(e) generally supports the inference that Congress intended
the sentencing court to look only to the fact that the defendant
had been convicted of crimes falling within certain categories, and
not to the facts underlying the prior convictions.)"